Tr. Ct. No. 12-07-13541-B
WR-82,366-02
82,366-02

Court of Criminal Appeals
P.O. Box 12308, Capitol Station,
Austin, Texas  78711


Abel Acosta, Clerk.
    Today is October, 13, 2015., I currently have
been transferred to the , Luther Unit in Navasota,
Texas. Just incase a decision has been made or
you have any informaton I did not receive.
Thank you for your time.

                                    Singerely,,
                                    Oscar Navarro,
                                    Oscar Mario Navarro Jr.
                                    TDCJ# 1881295
                                    Luther Unit
                                    1800 Luther Dr.
                                    Navasota, Texas 77868

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 16 2015
Abel Acosta, Clerk